UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DONNIE WILLIAMSON, MELISSA STINI, and JENNIFER HOGENCAMP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> LUMBER LIQUIDATORS HOLDINGS, INC., <br><br> Defendant. | Case No. 1:13cv01487 (AJT/TCB) <br><br> CLASS ACTION <br> JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), and there being no answer or motion for summary judgment filed in this matter, Plaintiffs hereby file their notice of dismissal without prejudice.

Dated: January 28, 2014

Respectfully submitted,

*Attorneys for Plaintiffs and the Proposed Class*
By Counsel

/s/_____
Bernard J. DiMuro, Esquire
VSB No. 18784
*Attorneys for Plaintiffs and the Proposed Class*
**DIMUROGINSBERG, PC**
1101 King Street, Suite 610
Alexandria, Virginia 22314
Tel: (703) 684-4333
Fax: (703) 548-3181
bdimuro@dimuro.com

So ordered
1/28/14

/s/_____
Anthony J. Trenga
United States District Judge